# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Costco Wholesale | 12/14/2022 | 266153 | Check | $ 62,899.35 |
|  |  |  |  |  | $ 62,899.35 |